**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL GONZALES-MARQUINA, | Case No. EDCV 08-1763-VAP (OPx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CONDOR IMMIGRATION SERVICES, | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: January 28, 2009

VIRGINIA A. PHILLIPS
United States District Judge